FILED
MAY 20 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Victor Manuel SANCHEZ-Silva,<br>Defendant. | Mag. Case No. '08 MJ 8450<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found In the United States |

The undersigned complainant being duly sworn states:

On or about May 19, 2008, within the Southern District of California, defendant Victor Manuel SANCHEZ-Silva, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 20th DAY OF MAY 2008.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Victor Manuel SANCHEZ-Silva

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the investigative reports by Border Patrol Agent F. Guerra, that the Defendant, Victor Manuel SANCHEZ-Silva, was found and arrested on May 19, 2008, west of Calexico, California.

On May 19, 2008, at approximately 6:45 A.M., Agents Schwer and Silva encountered a group of individuals north of the International Boundary with Mexico approximately twenty-nine miles west of Calexico, California. The agents identified themselves and questioned the group. It was determined that the group, including on individual later identified as Victor Manuel SANCHEZ-Silva, are citizens of Mexico and they are illegally in the United States. The group was arrested and transported to the Imperial California Border Patrol Station.

Records revealed SANCHEZ had been previously removed from the United States on October 17, 2000. SANCHEZ has an extensive and serious criminal history.

Agent G. Arredondo read SANCHEZ his rights as per Miranda. SANCHEZ stated he understood his rights and was willing to speak with agents without the presence of an attorney. SANCHEZ indicated he has no documents to be legally in the United States. When asked SANCHEZ stated yes to having been previously deported from the United States. When asked if he had sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being deported SANCHEZ stated no.